U.S. District Court
Of And For
The District of New York
In Albany

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 2 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

June 9th, 2017

_Matthew Jones_

Plaintiff,

-against- ,

_Dr. Frederick V. Bauer,

Dr. Mackenzie D. Hay,and__

Tanya L. Seipp, RN,

Earlene V. Workman,

The Nanticoke Memorial Hospital__

Defendants,

Case Number __1;17-cv-623 (BKS/DJs)__

(COMPLAINT)

(Pro Se)

Jury Demand?

No.

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

Jones, Matthew N. P.

11366 Sussex Highway

Sussex County, Greenwood                    Delaware       19950

(302) 349-5251                    AzraelLinusSmith@gmail.com

### Defendants

Dr. Bauer

Dr. Hay

Nurse Seipp

Ms. Workman

The Nanticoke Memorial Hospital

801 Middleford Road

Seaford, Delaware 19973

## II. BASIS FOR JURISDICTION

Federal Question:

18 U.S.C. 1035, False Statements Related to Health Care Matters

1st Amendment Violations

18 U.S.C. 7 Assaults

Diversity of Citizenship

U.S. Government Defendant

## III. STATEMENT OF A CLAIM

Place(s) of occurrence: The Nanticoke Memorial Hospital in Seaford, Delaware. Court proceedings.

Date(s) of Occurrence:  1990-2017 ongoing

## FACTS:

It is very sad and disheartening that Immunity was given to past defendants in my civil trials in the United States District Courts and was a cause of their granted dismissal(s). Immunity is often called sovereign immunity because it is usually reserved for kings, and leaders who rule until death. Eliminating Immunity and leaving no one above the law was a fundamental reason why our forefathers fought in the Revolutionary war. "Liberty and justice for all," with "all" being the key word was a belief system established by Benjamin Franklin, Thomas Jefferson, and George Washington. None of them ever intended for anyone to be immune from law and legal proceedings. The Rule of Law is meant to govern the United States.

It was not a cause of writing nor the intention of President Lincoln when he ratified the Emancipation Proclamation for slavery to continue with police officers and their cohorts as slaveholders. He never alluded that children could continue as sex slaves and the main product of the police. He gave no provision for the courts to protect these officers and allow them to remain free from prosecution in all related matters.

Matthew Jones is a sex slave's name. I was taken away from my parents by the Delaware State Police in 1986 and given to Purnel and Linda C. Jones. A birth certificate was provided, fraudulently (1). Linda Jones, my birth certificate mother, is a male-female who was born with Turner Syndrome and sterilized, had his penis removed, before he turned 9 years old (2). He is incapable of giving birth. I have alerted (3) every police department, both state and local, every court, Justice of the Peace, Court of Common Pleas, Sussex, Kent, and New Castle County Superior Courts, the District Courts of Delaware, Virginia, Maryland, Pennsylvania, Connecticut, and Washington D.C., the Appeals Courts of Maryland and Pennsylvania and this Court that I am a victim of persecution. Imprisoned illegally since birth for sexual reasons, meant to be tortured until death, all of my friends and loved ones have fallen victim or potentially could fall victim to my slave holders. With this information, no one has yet to grant me relief (4).

Between ages 0 years old and 4 years old, I was hospitalized (5), on average, over 25 times for pedophilia, poisoning, and foul play (6). At Daycare, friends of mine began being killed for being my friend. This has continued throughout my life.

Soon after Kindergarten started, a profound gang rape by the state police and others caused me to be rushed into emergency surgery (12). The sphincter of my anus was removed so that my gas could escape and I might survive and recover. My nose was broken in numerous places.

We moved into our new home in Greenwood, Delaware, shortly after. The state and local police came with others to our house warming. They insisted on rapeing me with the stitches from surgery still in my ass. My grandparents, the Cains, and neighbors tried to stop them and ended up hospitalized themselves, both raped and beaten.

In 1st Grade, my body morphed like South Park's Eric Cartman (7). I was fat all-over in positively life threatening health. I broke my ankle at home during Little League season. I received many heckles and threats from the Little League crowds.

In 2nd Grade, I was bludgeoned in the skull by a classmate with a baseball bat, as we played in my backyard (8). It has taken me decades to recover, if I ever have. Over the next year, I became very frail and pale. I developed a cough that grew into chronic bronchitis (9).

In 3rd Grade, there was an upheaval and a protest because I had been tested and qualified to be in the academic classes at Woodbridge Elementary (10).

During the Christmas seasons of 3rd, 4th, 5th, and 6th Grades I was hospitalized over one week each season. The police visited my home, late at night, each of these years and violently raped me. Their rapes spurned my illness, caused me to be hospitalized. I was dehydrated, had a high fever, and flu like or pneumonia symptoms. On more than one occasion, the hospital staff encouraged me to let go and die. They claimed that it would end my suffering.

In 5th Grade, my puppy of 8 months was struck and killed by a patrol car in front of my home (11).

In elementary school, my entire set of teeth were pulled and replaced several times to serve the prodding of the Delaware State Police.

While his cancer was terminal, as he died, (13) my neighbor and grandfather was raped repeatedly by the police and politicians Adams R-Bridgeville and Ewing R-Bridgeville. He often bled out of the hole in his throat produced by his laryngectomy. The State Police brought rapists with them who were infected with STDs nearly every time they raped us, or were infected themselves.

In 7th Grade, sex partners and friends began being taken away from their parents and enslaved, killed, raped, if they had any contact with me. A careful plot, that involved hiring new and young teachers, converted prostitutes, was meant to build a conspiracy that would lead to me leaving school for inappropriate conduct. The Woodbridge High School Guidance Counselor, was reprimanded for allowing me to

qualify to take college classes at Delaware Tech College in Georgetown, Delaware. His wife was raped. I started attending college in 8th Grade.

My 8th Grade Homecoming date, Megan Smith (14), disappeared with her sister after Homecoming.

Her parents work at Dover Behavioral Health. They have worked as a nurse and patient advocate there, since at least 2005, when it was known as St. Jones Behavioral Health. They live in new names, and were legally never married now. No investigation into the disappearance of Megan, or her sister has ever been made. At the time, they all lived in Doe Run in Greenwood, Delaware.

In 9th Grade, my girlfriend was shot and killed by Bridgeville, Delaware, and State Police Officers as we were having sex at her parents home on Dublin Hill Road. Many girls and women have impersonated her appearance and stolen her identity since. One of her identity thieves, was killed, raped to death, by the same police while with me and others at the Bridgeville Apple Scrapple Festival in 2002. She went on to serve two tours in the Marine Corps, marry three times, and has a total of nine children in separate lives. Her last marriage and child were interracially made and came with her when she moved back to Bridgeville in 2013. Her parents house is still vacated.

I was raped again repeatedly, in 9th Grade. I was no longer afforded medical treatment or a doctor's care, and each rape was an attempted murder. I have only

begun to heal from the trauma, in this, my 31st year. My teeth were pulled one more time at the force of the DSP. When they were replaced, extra crooked, out of place teeth were added to hurt my appearance. I have had a very hard time having these teeth corrected and removed by low grade dentists who perpetuate the lie that we are born with two sets of teeth: baby and adult teeth.

My nose was broken several times in many places. My baseball teammates received death threats from state and local police and Woodbridge school faculty for setting my nose.

I changed schools for my Sophomore year in high school. When the 9/11 Terrorist Attacks occurred, I was in the Milford High School cafeteria eating an early lunch and preparing to leave for college.

When I received my Driver's License, the Stalking, Harassment, and Threats from the police increased. I was pulled over and ticketed 63 times between 2001 and 2012. Over 50 times, I appeared in Delaware Courts with evidence of my Kidnapping and Sex Slave status. Many more times, my vehicle was pulled over without cause and searched without my permission.

I started attending the University of Delaware in 11th grade. I received scholarships for outstanding performances on the SAT, DSTP, and charity service locally. I began working at Brown, Shiels, Beauregard, and Chasanov Attorneys at Law (15). By 11th Grade, the girls in school were replaced by petite females, no one standing

taller than 5'2". A girl couldn't be taller than 5'2" in the presence of the police without getting raped fatally. It was well known. After Columbine and other incidents, we had a strong police presence in our schools. This led to many more police-caused fatalities than in the past in my public school.

In 12th Grade, I worked rather than attending high school, and attended the university. School was very violent, but I graduated.

At the University of Delaware, I unfortunately dormed with Jennifer Roberts. Jennifer and I went to church together at Greenwood United Methodist during the church shootings in the 1990s. She was Jenn McKinney then. Her mother a maid, her father a drug dealer. A Mr. Roberts in Connecticut then divorced his wife and married his maid, her mother. Roberts is her adoptive name. Jenn contracted HIV through drug use and prostitution in high school. There may have been a connection to her child sexual slavery to the police, like mine.

Jenn told no one that she had HIV. She gave it to her high school boyfriend. When she came to Delaware, she remained silent and infected others. When she found out, by Delaware Medical Services, she only briefly told her closest friends. She infected two more gentlemen, over winter break and put us all at risk. This made me very upset! I alerted school and local police authorities, and threatened Jenn. She was awarded a scholarship for her suffering. I was removed from school and convicted of Harassment. Later, I was convicted of Misdemeanor Stalking in

Connecticut. She continues to infect men and women with HIV as she progresses through AIDS with the Criminal Justice System's protection.

Purnel Jones, my birth certificate father, was many men. The last of he died in Hillside Retirement Home, in Wilmington, Delaware, in 2009. It was a long suffering illness that caused him to have many, continuous strokes. Each Purnel, almost, died fat from raping and murdering children under a different identity and wearing a different appearance while on the police force.

My first detainer at a mental health facility was in 2005. My consistent diagnosis is schizophrenia. Schizophrenia is an illiterate, waste consuming, delusional disorder of severe impairment. (27) No self respecting person, much less a man or woman in the healthcare field, could accuse me of having schizophrenia without completely ruining their reputation. Forcing the antipsychotic medications on me is Assault and Attempted Murder. If I should die from them, it will be Murder in the First Degree, encompassing many assailants from the police force, to the judges, without excluding doctors, nurses, social workers, and other health care personnel. Nevertheless, I have been forced into hospitalization 16 times and Court Ordered to receive treatment involving antipsychotic medications for Schizophrenia for over 3 years (16).

Many of my doctors, including Dr. Khaled Mirza (17), have been named by the News Journal and others for their roles in the deaths of over 1000 patients and yet they continue to practice. My recent lawsuits against Dr. Mirza and Dover Behavioral

Health were dismissed, stating that the District Court was the innappropriate venue and my case against them should be in the State Superior Court. I have sent my Petition to the U.S. Supreme Court regarding cases featuring Mental Hospitals, health care professionals, and the Delaware State Police.

By seeing the weight and amount of evidence in my favor, I write with all assurance that the Defendants treated me for schizophrenia and confined me all while knowing that I did not have the disease. They used way too much medication, even for a schizophrenic, and were attempting to kill me. Many, many patients have died in their care.

In 2007, I was held against my will and medicated by Dover Behavioral Health. At my mental health hearing in the hospital with Kent County Superior Court, it was ordered that I be released. Instead, I was sent to Delaware Psychiatric Center the following day and held involuntarily for three months. Since then, Commissioner Alicia Howard has held a different appearance, and her identity has been worked in by many different women.

In the Delaware Psychiatric Center, I was treated by Dr. Khaled Mirza. He took me off life threatening amounts of Risperdol and Seroquel in pill form, and began injecting me with 1000s of milligrams of an injectable so life threatening that my blood had to be tested every week. I could not see or speak, only drooled. I was injected several times a day, and overheard shock that I was still alive.

By Dr. Mirza's Orders: I was treated with Risperdal, Zyprexa, Cogentin, Truvada, Haldol, and Clozaril. On March 5th, 2007, I was given 25 mg Clozaril, 50 mg Clozaril, every 12 hours. The next two days, I was given 50 mg of Clozaril, 2 doses, every 12 hours. The two days after that: 75 mg of Clozaril on the same schedule, and in the

concluding 2 days on the chart, 100 mg of Clozaril, 4 doses. The schedule for March medicine, is inappropriately written with the February notes, suggesting that Notes were written after that fact, and rules were broken. (Doctors Notes Exhibited Below) On March 15th, I was given 100 mg Clozaril, 2 doses. The next day, 100 mg and 125 mg every 12 hours. The following day, 125 mg and 125 mg, 12 hours. Then 150 mg, every 12 hours, then 175 mg, then 200 mg, every 12 hours and continued for 30 days in addition to Risperdal, 3 mg.

On March 30th, 2007, I was medicated with 100 mg of Clozaril, 300 mg of Clozaril, and 200 mg of Clozaril. On April 2nd, I was given 400 mg of Clozaril.

A very lethal regimen of medications, in the least. All considered poison and viciously put into my body.

My blood had to be tested, every 6 days, to see in the medication had caused a fatal side effect.

In 2015, I was held against my will and medicated by Dover Behavioral Health. At my mental health hearing in the hospital with Kent County Superior Court, I was ordered to be Court committed to take medications for schizophrenia.

In the past, the Commissioner at these hearings has been violently threatened, attacked, and even killed by the Deputy Attorney General and police who are present for being unwilling to condemn me with a diagnosis as obviously false as schizophrenia.

The Court, and in this place, the Commissioner of the Court is still the superior of the Attorney General of the Police, and cannot be forgiven for making malice and villainous judgments. Even when in duress, it is the head of the court who has superiority over the racket that the Judicial Branch is, and who is responsible to

disband the police if they are engaging in gang activity, and or being unruly and or violent. Such as, if they are engaging in pedophilia and murder, as the local Bridgeville police officer has to but an over a year ago confessed. This confession to the murder of small children by the Bridgeville PD was brought by this Plaintiff to this Court and its District's Attorney General, as well as the U.S. Appeals Court in Philadelphia. As yet, no action has been taken.

In Court, Dr. Mirza testified that I am schizophrenic and a danger to harm myself and others. I feel that Dr. Mirza attacked me because of my ethnicity in a racial Hate Crime under 18 U.S.C. 249.

I was held for over two weeks and released to an outpatient care that I could not remove myself from. I gained over 300 lbs. I am, was at risk for diabetes, heart disease, heart attack, stroke, seizure, liver failure, colon cancer, and other health problems from my continuing treatment.

In the Fall of 2015, Linda C. Jones, my roommate, of whom I am Power of Attorney of, contacted the Police and the Mobile Crisis Intervention Services. He did so many times. Part of the altercations was recorded by my cell phone and shared to facebook, Google, and YouTube. Despite his mental incompetence, he was 'believed' and I was hospitalized.

As evidence against my assailants comes to light, the Attorney General (18) has taken no action to end the blood shed, continues to work for the villains, and moves on their behalf. While working as counsel in a mental health hearing, claiming I am of an illiterate, delusional disorder, is not a new occurrence for a Deputy Attorney General to be in. This has occurred over five times in my past. In more than one case, the Attorney General's Office has made blatant death threats on the judges

and other attorney's to continue the murderous rage that he and the police have implemented over my entire life in their illegal parsonage to sexual slavery.

I was raped one more time (28) by the New Castle County police after I was released from the Rockford Center in 2007. In 2008, I was raped by the Seaford Police Department publicly beside the road at a traffic stop outside the topless bar. Both occasions left me with many cuts and bruises and chipped teeth.

In a 2015 recording (19) that has since been part of my facebook and Google Outlook: Officer Wright, Bridgeville Delaware Police Department, confesses to the rape and murder of over 100 local school children during their first month of school in Woodbridge School District.

The evidence is not recorded without the knowledge of the Attorney General. It is part of Case Number 17-1848 in the 3rd Circuit Court of Philadelphia, Pennsylvania. Deputy Attorney General Handlon is the Defense Attorney.

In separate, related cases I have sued the police and the court systems for sexual peonage and attempted murder. In separate cases, I have sued doctors, hospitals, and medical personnel for knowingly misdiagnosing me with absurd disorders and medicating unnecessarily with life altering, perhaps life ending medications.

In this predominantly Caucasian country, this Deputy Attorney General and Police Force could not find one Irish doctor to lose his or her reputation claiming that I am schizophrenic.

All of the doctors opposed to me living on are foreign, Islamic, and questionably citizens with fictitious names. In the hospital, Dr. Shah has his middle initial placed after his last name, so it reads "sham" phonetically. Taking the same liberties with all doctors, the female (20) psychiatrist's name spells out "She's a con artist." "Mirza" is a skin disease. Meesala is an Islamic fighting style against caucasians. In Islamic belief, all caucasians are lessers that must be killed.

It seems that the last recourse of the police: after the kidnapped victim doesn't die in infancy, after I didn't die through rape and contracting STDs therefrom, after I failed to commit suicide when all of my friends and girlfriends were brutally murdered by them to show others that I was "theirs", after I recovered, progressed to college in middle school, was removed from it and returned to slavery; all the while in the custody of cops who are dying fat on their way to Hell forever for murder and pedophilia, with a custodial guardian who is a Turner Syndrome suffer and makes decisions for me....After all that, after the doctors who stood up for their oaths were murdered in front of my eyes for giving me treatment:

A doctor cannot help anyone who is a danger to himself or others, i.e. a cop. I was arrested and taken to the mental hospital, where the police dictated the I be diagnosed Schizophrenic because it is classified as retarded, and be poisoned to death: and I have been over time, without relief from anyone despite contacting local and national politicians, and all of the Courts from the Justice of the Peace, Superior, District, Circuit and Supreme. Everyone and every party who has done the will of the

serial killers pervading my life and all those around me, or taken it upon themselves to commit acts of murder, rape, robbery, and conspiring to continue it or cover it up will be held responsible for their crimes before law, before their fellow man and woman, and before God. These mental hospitals, and this doctor, are the last stops for children like me who are kidnapped by the police to be raped to death and successfully live into their adulthood? Why is that so?

If I am forced to be incarcerated and or medicated with antipsychotics, it will greatly impede my ability to manage my cases. To date, since publicly alerting the world of my situation, via news channels and producing evidence; every court hearing is judged appropriately as an extension of involvement in criminal activity by the justice system by the viewing worldwide audiences.

Until I am freed that will remain so for me, but as a citizen it will be true even then. Since President Kennedy was publicly shot on television by a Dallas Police Patrolman and Lee Harvey Oswald was arrested in his place, faith has been lost in American justice. While that Dallas PD officer was being named to the cover of life, the Warren Commission determined that Oswald was the shooter, and the criminal justice system has been a mockery ever since (if it wasn't already).

It would take three working branches of government: not just the Executive, and the Legislative, to have a working country. All of the blame goes on the pedophiles, murderers, and identity thieves who have found a safe harbor in the Judicial branch of government. It is within the legal discretion of the U.S. District Court and the U.S. Marshals to free a victim of slavery when one, I, am identified.

When a police officer directs me to stop, I am expected to obey and give full discretization. When I am ticketed, I am expected to pay or appear in court. If arrested, I am expected to go willingly. I am to treat this officer with respect even when I know him or her to be an Identity Thief, Pedophile, and Murderer.

In Court, I am expected to hold Your Honor High Above, ignoring that he protects the murderous forces of the police and others. If I am found Guilty, I am expected to serve. If it is ruled that I should pay a fine or serve a sentence, it is expected that I do so. I am expected to observe law in the court no matter how fictitious and detrimental to my health and continued life: no matter how unjust it is and how unfair.

I am expected to hold that all of these men grew up right, graduated high school and community college before joining the police force, as required. Graduated high school, college, and law school before working for the Attorney General's Office. Or did all of the above and worked for years as a criminal defense lawyer before joining the bench. No one in any of these positions is supposed to be a perpetrator of identity theft.

In the same supposition, I am to assume that the comically named foreign doctors all attended and graduated from high school, college, and medical school, before performing residency and practicing on their own. One doctor my cases, Dr. Shah, for example, is too young to have done so.

I expect you to free me from slavery that has been illegal since the Civil War in this Country and abolished by the United Nations in World War II. I expect you to cease taking attempts to end my life and grant me relief to start a family that will not be raped by our criminal justice officers or anyone else. You continue to attempt to end my life and slander my reputation obscenely.

My arresting officers (29) in this latest mental competency slanderous debacle have colorful pasts. They have stolen the appearances of people that I knew, know. Two of them graduated from Woodbridge High School in 1985 with my cousin, Mike Henry. They all joined the Armed forces together. The Identities impersonated by the officers never returned home. I ran into them many times in different occupations while attending school in Bridgeville. I also saw them in Newark, Delaware. At the time I was attending UD. The 3rd, shorter officer is in the appearance of the father of Ashley Nichols, Woodbridge class of 2007. He is matching the age of who conceived Ashley in the year that Ashley was conceived.

Like many others who shave their heads to hide their appearance and conceal their deeds, these men never get any older. I was arrested by the DSP and taken to Dover Behavioral Health while Court was still in session between I at DBH in USDC 15-1017, and I and the DSP in USDC 16-005.

The events the Fall of 2015: Linda C. Jones, my roommate, of whom I am Power of Attorney of, contacted the Police and the Mobile Crisis Intervention Services. It was the 3rd time he-she had done so this year. Part of the altercation was recorded by my cell phone and shared to facebook, Google, and YouTube (32).

I showed the Police and Mobile Crisis evidence that Linda is a retarded male. I showed evidence of my wounds, and proof that I am kidnapped and held as a sex slave. I showed evidence that Linda is mentally incompetent and cannot be interviewed, or used as a witness. They interviewed Linda, anyway. They left, but returned the next day and forcefully hospitalized me. It was the third time in the Fall of 2015 that I had been forcefully hospitalized by them. The first two times, I was sharing high school yearbooks, online. They used Linda's testimony and wrote that "she" had barricaded "herself" in "her" room, fearing for her life.

In one of the incidents, Crisis wrote some very disparaging, irrevalent comments about me in their incomplete intake form at Nanticoke Hospital, in Seaford, Delaware. Comments included that I am "a poor historian." (33)

After being released from the hospital, I filed suit in the U.S. District Court of Delaware. I served the Defendants and waited the mandatory 60 days for a U.S. Government Defendant to respond. The DSP and Crisis did not respond. I filed a Motion for Default Judgment that was Denied. Motions to Dismiss were granted. The Crisis Intervention was considered a U.S. Government Defendant here, and Immune from Suit under a perceived 11th Amendment provision. In a separate USDC-DE lawsuit Memorandum for Case 16-410, Crisis Intervention was deemed to not be a U.S. Government Defendant. Charges were Dismissed for 'lack of subject matter jurisdiction.'

Clinton v. Jones, 520 U.S. 681 (1997), and Monell v. New York City Dept. of Social Servs., 436 US 658  were ignored.

Will V. Michigan Department of State Police, and the 11th Amendment were poorly translated. Will V. Mich. Dept. State Police is in reference to 1800s civil rights cases, not U.S.C 1983.

Federal questions were stated, in list form, in the complaint. Over 10 cases, and over 10 title codes, state codes, constitutional provisions, and amendments were written. I found it absurd to read in my dismissal that federal questions were not raised, and that I had not stated a claim for which relief could be granted.

Countless times in my youth, I contacted Crisis Intervention at home and in school to alert them that I am a kidnapped, orphaned, sex slave. I showed them my wounds. They left me in the custody of Linda C. Jones, with Turner Syndrome, and the DSP. Clinton v. Jones, 520 U.S. 681, was a landmark United States Supreme Court case establishing that a sitting President of the United States has no immunity from civil law litigation against him or her.

Since the President's is the highest paid employment in the United States, and has the most authority..The Executive Branch has slightly more authority than the Legislative or Judicial Branches that combine to make up the triad of U.S. power..Because it is so for the President, in American law, it is the same for every person ranked beneath President in the United States, ever American living in the United States and our foreign states. Plainly stated: the American President has the

most legal protection and civil immunity in the U.S., so if the President can be sued, then anyone may be sued.

Monell v. Department of Social Services of the City of New York is an opinion given by the United States Supreme Court in which the Court overrules Monroe v. Pape in holding that a local government is a "person" subject to suit under Section 1983 of Title 42 of the United States Code: civil action for deprivation of rights.

Monroe v. Pape, 365 U.S. 167 (1961), was a United States Supreme Court case that considered the application of federal civil rights law to constitutional violations by city employees. The case was significant because it held that 42 U.S.C. § 1983, a statutory provision from 1871, could be used to sue state officers who violated a plaintiff's constitutional rights. § 1983 had previously been a relatively obscure and little-used statute, but since Monroe it has become a central part of United States civil rights law.

O'Connor v. Donaldson, 422 U.S. 563 (1975), was a landmark decision in mental health law. The United States Supreme Court ruled that a state cannot constitutionally confine a non-dangerous individual who is capable of surviving safely in freedom by themselves or with the help of willing and responsible family members or friends. Since the trial court jury found, upon ample evidence, that petitioner did so confine respondent, the Supreme Court upheld the trial court's conclusion that petitioner had violated respondent's right to liberty.

Addington v. Texas, 441 U.S. 418 (1979), was a landmark United States Supreme Court case that set the standard for involuntary commitment for treatment by raising the burden of proof required to commit persons for psychiatric treatment from the

usual civil burden of proof of "preponderance of the evidence" to "clear and convincing evidence".

The 11th Amendment was poorly translated in all of my cases. There is no such thing as 11th Amendment Government Immunity from lawsuits. It is not written in the 11th Amendment, and was never the intention of the writers. The Rule of Law was meant to govern our country, "equally", "with liberty and justice for all."

The 11th Amendment reads: "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

That states, in laments, that a citizen cannot sue any state in the U.S. union except his or her home state. A citizen of a foreign state, such as Guam or Puerto Rico, cannot sue a state in the United States.

As the Court knows, States may grant their citizens more privileges than the Constitution allows and cannot give our citizens more restrictions. As that goes, in almost every state and district including Delaware, citizens of different states can sue in other states and foreign states. It is an option box on the pro se form, marked "Federal Diversity" or labeled "Diversity of Citizenship."

Dr. Mirza accepted Linda as his patient while we were in court. I assume that this breaks all kinds of rules and laws. The Courts took no action.

It was repeatedly written in Doctor and Hospital records that I was held because I "delusionally believe that Linda is not a woman, my birth mother." I submitted nude photos of Linda, whom I am Power of Attorney of, showing that he is a Lady Boy with his penis removed. I also submitted Wikipedia definitions of Turner Syndrome.

The Clerk of the Court rejected nude photos of Linda Jones as evidence and continued to refer to him as my mother. The Court Clerk threatened to send the U.S. Marshals to pick me up for submitting them. Linda continues to be named as my mother. My diagnosis and court order to take medications still holds. I am not freed from slavery, indenture, or kidnapping. No investigation into finding my birth parents or freeing me has ever been suggested by the Court or by the Attorney General's Office.

The relief money would accrue years of my life that are now lost: both in the past and in my life expectancy. It would do what it could to alleviate my "high blood pressure, high sugar, excessive weight gain," risks of heart disease, stroke, seizure, and cancers, and other "internal wounds." It would cost a lot of money to repair my educated reputation, which the Defendants have destroyed.

Because of accountability and in business, ethics, the businesses collectively of the Defendants need their reputations tarnished through financial loss in legal remedy to ward off further damage and future victims.

I have had to remain estranged from my family through this. I have been unable to protect my own family. I cannot spend these years in their lives. Lost wages.

Relief to legally evaluate and authenticate my own name and ethnicity with a valid birth certificate and the rights of a born-in U.S. citizen. To dismantle and destroy the lies held up by my slaveholders, and my slave name.

To provide for my family and afford security and constant recording surveillance to pervade and assuade future assaults from the 'usual suspects in identity theft.'

"Failure to state a claim upon which relief can be granted" is a defense to a legal claim. It means that the claimant has failed to present sufficient facts which, if taken

as true, would indicate that a violation of law had occurred or that the claimant was entitled to a legal remedy.

Source://Motion to Dismiss For Failure to State a Claim - LegalEase Solutions ...

https://legaleasesolutions.com/lawstoreblog/motion-to-dismiss-for-failure-to-state-a-claim/

Schizophrenia is classified by its sufferers low intelligence and lack of dopamine in the brain. I have exhibited my high intelligence. In response I say, "I know you are but what am I," may be a valid defense when used against my accusers in a just Court, if one exists.

Linda's Turner Syndrome can be seen in the bone structure of his face, his weight distribution, his height, and his medications. His gender is evident by photographs and could in no way have given birth to me. No medical or professional degree is needed to determine this, it is just common sense.

I have had a very slow and arduous but miraculous recovery from police brutality and attempted murders from these and their cohorts in the mental health field, court system, and government offices. (22, 23, 24, 25, 26)

I have a dream of a country where no children are raped even once by anyone. I dream that children can grow up and become contributing, patriotic, members of this American society free from bullying, and violent threats. I consider everyone with the power to set me free who chooses to leave me enslaved, to be an accomplice of my slave drivers. The U.S. Title Code Chapter 18 supports my stance, as does the

Merriam Webster Dictionary definitions of "accomplice" and "slavery." One day we will all be known for who we are. Who we are will be determined by our actions. If our uniform and denotes us, may it do so honestly. "We hold these truths to be self-evident: that all men are created equal; that they are endowed by their Creator with certain unalienable rights; that among these are life, liberty, and the pursuit of happiness." (-Thomas Jefferson, The Declaration of Independance)

I am not an identity thief. My parents are/were not identity thieves. As an enslaved man, like when I was an enslaved boy, one of my captures is also not an identity thief. My capture, 5'3" Linda Lou Cain Perry Jones Moran Jones is suffering from the mental retardation of Turner Syndrome and the debilitation of sterilization but has not committed the sin and the crime of changing his and her identity and appearance.

The fraud committed in this country, at times, seems unanimous.

Every cop that I have ever contacted is an Identity Thief.

Every doctor and employee in every hospital since the year 2000 are Identity Thieves.

Every Judge and Court Clerk Personnel since 1995 is an ever-changing committer of Identity Theft.

And the Defendants are Identity Thieves as well. They are fully staffed by employees who are capable of doling out life-ending drugs but have not received the proper education, or any, and do not live in the names and appearances of which they were born; therefore, they have no legal standing.

The same can be said of their attorneys, the Judges and Clerks who have ruled over this case in the District and Circuit Courts- and of those who hold to and live by their decisions.

Identity Thieves, Appearance Thieves; whatever they are called, have no legal standing or right to hold positions in the Medical Fields or the Criminal Justice System. It is against the law as it is written in *18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information.* It is illegal for any Identity and Appearance Thief to practice medicine or law.

As a Christian, I denounce it with views that are held strictly private, as I know that it is a sin to God that leads to eternal damnation. I have covered all 31 years of my life, and made them available to the public in the form of facebook albums. They are labeled to coincide with the year of my life and/or my grade in school. (https://www.facebook.com/matthew.n.jones/photos_albums).

Joseph R. Biden worked as a U.S. Senator for Delaware, throughout my entire life before becoming our U.S. Vice President. The many Off Duty Police Officers who lived as my legal father Purnel Jones, contacted Sen. Biden repeatedly when he had custody of me every weekend in my youth and at other times.

We met with Sen. Biden in Wilmington, at Robinos and Atilios restaurants, at Blue Rocks games, etc.

We met in Brandywine, Delaware.

We met in Newark, and attended games of UD Football and Hockey together. We sat in different parts of the stadium and arena together in relation to Joe R. Biden's Reserved Seats.

When I was 13 years old, I was set up by my pedophile legal father(s) and Senator Biden. My date on Halloween weekend, I met online. I was living in Claymont, Delaware on weekends, across from Archmere Academy. Joe Biden is an alumni. Purnel tracked my to my 14 year old female friends home. There she was having a party with her parents. With his cell phone, he called Joe Biden privately, and Attorney Howard Taylor.

A small group of police officers arrived at the Teenage Halloween Party. They escorted black SUVs and two limousines.

The group that included Vice President Biden, Howard Taylor, and multiple precincts of police officers raped, murdered, and maimed: many teenagers and adults in attendance, my date, and I.

Two years later, Joe Biden was coerced by violent pressure of the student body at UD's Homecoming.

While standing at midfield, delivering a speech at halftime, he spoke. He said, 'I am in favor of the Police's actions no matter, what. I favor their keeping of sexual slaves, and all of their rape and other things they do. If the police kill all of the children in the world, I still love them and support what they do. I am in favor of child sex slaves. I love black people, African Americans. I am led by them, and I will follow my commander's orders religiously and eternally. I think y'all should.'

I met with VP Biden at other times: Treasurer and Governor inaugurations & at multiple award ceremonies where I was presented with certificates.

He consistently made it transparently clear that he enjoyed and supported my slave status and thought that it should be for all children as it is/was for me.

The Defendants treated me with high life threatening amounts of antipsychotic medications. There are all living in stolen appearances and identifications. No one accused is qualified to practice medicine by virtue of low education and lack of training and ethics.

They work in conspiracy with the state police to serve the will of pedophiles and murderers of small children.

In 2007, they held me against my will, diagnosed me with schizophrenia, attempted to poison me, and transported me to another mental health facility where more identity thieves who were working the in the appearances of Seaford High School graduates were waiting to complete my murder.

They did the same in 2015 when they used misspelled and incomplete handwritten hospital documents to hospitalize me for schizophrenia and poison me. Many of their statements were out of place, and off topic- such as their statement that I have 'a poor knowledge of history.'

On more than one occasion, Dr. Bauer and other Defendants confessed that they are 'going to murder me.'

In the late 1990s, Nanticoke Hospital staff diagnosed my legal grandfather, Noah Cain, with throat cancer. He was actually infected with HIV. Nanticoke Cancer Center kept him for inpatient/outpatient care.

He lived on for four more years in writhing pain. He bled out of every orpheus, and spoke through the hole in his throat left by his laryngectomy. His lymph nodes and thyroids were also removed.

Exhibits

1. My Birth, 1986 album.

   https://www.facebook.com/matthew.n.jones/media_set?set=a.101528850271
   64464.1073741838.855609463&type=3

2. Linda C. Jones, nude photos.

   https://photos.google.com/share/AF1QipOawW4LxoOtNy9zrnSzZTpio9wYoo
   mfFpfq_ZLUSfVRSjb73NmSbYTonfH84O5PPQ?key=M0IYbmpreEJ2czNpNG
   txbTZvdU9SNIA3N0ZQRUF3

3. Jones V. Delaware, police contact docket.

   https://www.facebook.com/matthew.n.jones/media_set?set=a.101530311895
   29464.1073741881.855609463&type=3

4. Jones V. Guilford, CT PD, Hartford USDC, Complaint.

   https://docs.google.com/document/d/1vx-00eC1SxsklGzGEftMoRcGMoGYES
   BcLlclZ_3icBE/edit?usp=sharing

5. Jones V. Family Court, MD Special Appeals Court, Brief-Cover.

   https://docs.google.com/document/d/1csXLncLgUeujxAQGFriooONr_qYD8r9
   ZG1i_UOPHf5w/edit?usp=sharing....................https://docs.google.com/doc
   ument/d/1WkSuD3-2SglaX4bxK5Q1tlgcaaVDlkHjwmWMc8MHd9A/edit?usp=
   sharing

6. Jones V. The Justice of the Peace Court, 3rd Circuit Court of Appeals
   Brief-Cover.

   https://docs.google.com/document/d/1E3mVYR6YHH7C-VFo5USneanPfLxdN

T0u9Uk87x7BWco/edit?usp=sharing 2//

https://docs.google.com/document/d/1s2FHiVAQfausV7I_gCwqNMyqBFohDA
iZ2LSyweRIPl8/edit?usp=sharing

7. Pediatrics Medical Records.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101534303700
69464.1073741920.855609463&type=3

8. Photo Taken After I Was Poisoned, 2 yrs old.

https://www.facebook.com/photo.php?fbid=10152888864014464&set=a.1015
28888801579464.1073741842.855609463&type=3&theater

9. Fat and Dying from Pedophila, 1st Grade.

https://www.facebook.com/photo.php?fbid=10152913264699464&set=a.1015
2896475359464.1073741845.855609463&type=3&theater

10. Bludgeoned by a Baseball Bat, 2nd Grade.

https://www.facebook.com/photo.php?fbid=10152913266594464&set=a.1015
2896508734464.1073741847.855609463&type=3&theater

11. Dying from my wounds, 3rd Grade.

https://www.facebook.com/photo.php?fbid=10152913261374464&set=a.1015
2896985759464.1073741849.855609463&type=3&theater

12. My Scores on the Delaware State Test, 3rd Grade.

https://www.facebook.com/photo.php?fbid=10152898032574464&set=a.1015
2896985759464.1073741849.855609463&type=3&theater

13. My dog and I, photo.

https://www.facebook.com/photo.php?fbid=10152914108034464&set=a.1015
2897042544464.1073741850.855609463&type=3&theater

14. Kindergarten, my stomach after a fatal Rape.

https://www.facebook.com/photo.php?fbid=10152912061444464&set=a.1015
2896483909464.1073741846.855609463&type=3&theater

15. Grandpa and I, terminally ill.

https://www.facebook.com/photo.php?fbid=10153025422189464&set=a.1015
2900341264464.1073741855.855609463&type=3&theater

16. Middle School Homecoming, Megan Smith, 2nd Right.

https://www.facebook.com/photo.php?fbid=10152875085584464&set=a.1015
2900341264464.1073741855.855609463&type=3&theater

17. High School, College, University Transcripts, Personal, Important, album.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101528980115
74464.1073741853.855609463&type=3

18. Mental Health Hospitalizations, folder.

https://www.facebook.com/media/set/?set=a.10152938000999464.107374187
0.855609463&type=3

19. Jones V. Mirza, et al. U.S. District Court, folder.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101537237292
14464.1073741944.855609463&type=3

20. Jones V. DSP, et al. U.S. District Court, album.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101538858431
19464.1073741963.855609463&type=3

21. Video Confession to Rape & Murder by Bridgeville, Delaware PD, video.

https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101536208
23284464/?type=3&theater

22. Dover Behavioral Health, Involuntary Stay 2015, album.

https://www.facebook.com/media/set/?set=a.10153660795104464.107374193
1.855609463&type=3

23. Police Murder Unarmed Senior Citizen, shooting video.

https://www.facebook.com/policethepoliceACP/videos/1747662651917390/?p
nref=story

24. 25 years old and dying.

https://www.facebook.com/photo.php?fbid=10153406133999464&set=a.1015
2918281254464.1073741862.855609463&type=3&theater

25. 28 years old and morbidly obese from medications.

https://www.facebook.com/photo.php?fbid=10152402014239464&set=a.1015
1292029104464.483814.855609463&type=3&theater

26. 29 yrs old and a Swollen Belly from round after round of antipsychotic.

https://www.facebook.com/photo.php?fbid=10153074414439464&set=a.1015
3070504729464.1073741891.855609463&type=3&theater

27. 30 yrs old and Obese from excessive Unnecessary Medications.

https://www.facebook.com/photo.php?fbid=10154011401429464&set=a.1015
3972586804464.1073741965.855609463&type=3&theater

28. 31 yrs old, recent photo.

https://www.facebook.com/photo.php?fbid=10155294648974464&set=a.1015
5080152044464.1073742020.855609463&type=3&theater

29. Schizophrenia, Abnormal Behavior Textbook, Del-Tech & UD.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101541820425
09464.1073741975.855609463&type=3

30. Medical X-Rays of My Spine, Other.

    https://www.facebook.com/matthew.n.jones/media_set?set=a.101530705203
    49464.1073741892.855609463&type=3

31. Video of My Arrest, 2017- authenticating mine and Linda's identity.

    https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101550582
    88629464/?type=3&theater

32. Video of Incident that Led to Case Filing, 2015.

    https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101537793
    39429464/?type=3&theater

33. Crisis Intervention Hospital Forms.

    https://www.facebook.com/matthew.n.jones/media_set?set=a.101540067627
    79464.1073741966.855609463&type=3

34. Schizophrenia, Abnormal Behavior Textbook, Del-Tech & UD.

    https://www.facebook.com/matthew.n.jones/media_set?set=a.101541820425
    09464.1073741975.855609463&type=3

35. Medical X-Rays of My Spine, Other.

    https://www.facebook.com/matthew.n.jones/media_set?set=a.101530705203
    49464.1073741892.855609463&type=3

36. Video of My Arrest, 2017- authenticating mine and Linda's identity.

    https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101550582
    88629464/?type=3&theater

37. Video of Incident that Led to Case Filing, 2015.

    https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101537793
    39429464/?type=3&theater

38. 1st Appeal, DPC Dismissal, album.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101546068628

89464.1073741996.855609463&type=3

39. Jones V. Mirza, et al. USDC-DE, album.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101537237292

14464.1073741944.855609463&type=3

40. Clerk's Rejection Letter of Linda's Nude Photos.

https://www.facebook.com/photo.php?fbid=10154239916429464&set=a.1015

3723729214464.1073741944.855609463&type=3&theater

41. 2nd Appeal,of Dr. Mirza's Dismissal, album.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101549544810

99464.1073742017.855609463&type=3

42. The USDC-DE Clerk threatens Arrest if Presented with Nude Photos, phone
call.

https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101546496

78329464/?type=3&theater

43. Phone Call With Delaware Board of Medicine, Investigator, facebook.

https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101546162

51889464/?type=3&theater

44. I am removed from USDC-DE by security, Clerk claims to be using Fed. Rules
of Civil Procedure,video.

https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101545953

75664464/?type=3&theater

45. Dr. Mirza accepts Linda C. Jones, my roommate, as his patient during court.

https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101543554

37239464/?type=3&theater

46. Dr. Mirza, Doctors Notes.

https://www.facebook.com/photo.php?fbid=10153777123334464&set=a.1015

3723729214464.1073741944.855609463&type=3&theater

https://www.facebook.com/photo.php?fbid=10153777124314464&set=a.1015

3723729214464.1073741944.855609463&type=3&theater

https://www.facebook.com/photo.php?fbid=10153777123029464&set=a.1015

3723729214464.1073741944.855609463&type=3&theater

47. Scheduled Chart, DBH.

https://www.facebook.com/photo.php?fbid=10154152965834464&set=a.1015

3707906519464.1073741940.855609463&type=3&theater

https://www.facebook.com/photo.php?fbid=10154152966394464&set=a.1015

3707906519464.1073741940.855609463&type=3&theater

48. 2nd Involuntary Stay, 2015.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101537079065

19464.1073741940.855609463&type=3

49. Phone Call With USDC, I am Threatened With U.S. Marshal Contact for

Submitting Nude Photos to Prove That Linda Is Not A Woman or My Mom.

https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101546496

78329464/?type=3&theater

50. Photograph of Jack Markell & I.

https://www.facebook.com/photo.php?fbid=10152898015324464&set=a.1015

2900324339464.1073741854.855609463&type=3&theater

51. Card from Governor Markell and Family.

https://www.facebook.com/photo.php?fbid=10150970833734464&set=a.1015

2918275709464.1073741861.855609463&type=3&theater

52. Invitation to Treasurer Markell's Swearing-In Ceremony.

https://www.facebook.com/photo.php?fbid=10153499385539464&set=a.1015

3289752359464.1073741905.855609463&type=3&theater

53. Invitation to Gov. Minner and Lieut. Gov. Carney Swearing In Ceremony and

Dinner.

https://www.facebook.com/photo.php?fbid=10152919269829464&set=a.1015

2900431879464.1073741859.855609463&type=3&theater

54. My video interview of John Carney.

https://www.facebook.com/matthew.n.jones/videos/vb.855609463/101546319

90164464/?type=3&theater

55. Nanticoke Hospital Records, 2015.

https://www.facebook.com/matthew.n.jones/media_set?set=a.101541071919

34464.1073741974.855609463&type=3

## CONCLUSION

The Defendants attempted to murder me and assaulted me on three or more occasions. They were all knowing in their misdiagnosis and malicious care.

False statements were made regarding the health and status of myself and Linda C. Jones, of whom I am Power of Attorney. Treated and diagnosed with obviously false health reports could have ended our lives. The hindered my ability to speak freely, work, and have a reputation, all damages to my 1st Amendment rights.

My retarded roommate and kidnapper was handled as the sane adult, while I was treated for his-her illnesses. A mistake like that cannot be made honestly. A dishonest, immoral, and malicious mistake made by the Defendants.

The Rule of Law governs the United States. That was the intention of our founding fathers. No Immunity was meant to be given to government employees. I know this because sovereign immunity and 'no taxation without representation' were main points of fighting the Revolutionary War among patriots.

Federal questions need not be explicitly written in the form of a question in a complaint, provided they are included and explained, which they were.

I am still a refugee, imprisoned in a slave name. I need immediate action! If relief is not granted to me, and an injunction formed, the defendants will continue to illegally attack me until I am dead.

There are no statutes of limitations for Attempted Murder or Kidnapping. Accusations cannot be time-barred when crimes are ongoing. In order for the time schedule to start, the crime must have first been resolved.

Source:_https://en.wikipedia.org/wiki/Statute_of_limitations

I contacted many governmental influences as a child. I called 911 many times from different locations. I contacted Crisis Intervention, Delaware Health and Social Services, Politicians Thurman Adams, Robert Quillen, Benjamin Ewing, Thomas Carper, Ruth Ann Minner, Jack Markell, and Joseph Biden.

Jack Markell visited my home to award me for a Winning Contest Entry, when he was campaigning to be State Treasurer in the late 1990s. I told him of my slave situation and he said that he "favored it." We were photographed together by the local Harrington newspaper.

I was invited to two of his Inaugurals, once to his Governors banquet.

I received Christmas and birthday cards from his office from 1999-2012.

He Denied my Pardon when it reached his office in 2016.

All of my charges, convictions and misdiagnosis are maligned. They are all conceived in Libel as I remain a slave and persecuted citizen who has always been treated as one who is beneath a refugee.

After visiting my residence, DHSS workers determined that Linda is a woman and that Linda gave birth to me. They found no wrongdoing in Linda or Purnel and never filed anything that could allow me to leave their care. When I was raped, on more than one occasion, they were among my assailants.

The DPC Hospital that came so close to killing me, and may still, is located on Herbie Holloway Campus, DHSS Park.

My Food Stamp Benefits have been reduced three times to less than $20 per month. My only income is Social Security Survivor and Disability, totalling $1084 per month. When I requested Fair Hearings to discuss the Amount, I was Denied my Fair Hearing and Audited instead on two occasions.

When they visit my home, they write in their statements that Linda is my healthy mother who needs their help from my assaults and that I am a violent lunatic. In reality, I am Linda's Power of Attorney and heir.

Before I filed my lawsuits, I pled for an investigation into my life with the Police Departments and/or State Police in: Greenwood, Bridgeville, Milford, Harrington, Odessa, New Castle, Dover, Newark, and Wilmington Delaware.

I contacted the Attorney General's Office through email, phone, and visited his offices in Georgetown and Wilmington. I also contacted the Governor, and former Governor Jack Markell.

I showed various photos of different years of my life, fraudulent records that currently used as accurate accounts, and links to where more information could be found.

I researched and found all of my evidence without any help from my justice related government resources. Even after doing that and sharing it with them and publicly, no action has been taken on my behalf.

With the police, and the Attorney General, the DHSS continues to hold me for insanity and works to keep me permanently hospitalized and fatally medicated for an unknown disease that is described illiterately as schizophrenia.

In Court, the Deputy Attorney Generals continue to defend that Linda C. Jones is my birth mother after seeing nude photos and DNA tests.

The parties that be combine to dismiss my complaints and continue to attack me. The Dismissal Memorandum's from the Delaware District Court, Philadelphia Court of Appeals, District Court of Connecticut, District Court of Washington, D.C., and District Courts of Maryland agree with the Defense Opinions of the Attorney General. All of the powers that be agree that my claims are "frivolous" and that all U.S. Government employees are Immune from Suit.

Three times, someone lived in my Identity in Delaware, was married, and Ordered to pay amounts of $84,000 and more to others by Delaware Superior and Family Courts of New Castle County. The Defendant was Tried in my name, with my address, and my Social Security Number.

Despite calls that I made to the Courts, the Fraud Protection Hotline, and the Governor's Office- I could not learn any more about these cases or the funds of my name. The Court said, even though it is on my record, not to research it. "If they need me, they will notify me."

In separate Cases, Legal immunity is also given to Identity Thieves working as doctors, Native American Indians, Mexicans, Indian immigrants, those living in identities of late Delaware residents, pedophiles, murderers, and the mentally incapacitated.

I have received many violent threats over the years and been stalked online by Governor Markell's profile name- Alan.Jackson@state.de.us .

I was invited to Ruth Ann Minner's Inaugural Ball, as well. My first mental health detention came from the Milford, DE, police after a traffic stop. My car has been searched without cause many times in Milford, while I waited undue amounts of time. The law has never read that I, a U.S. citizen must 'prove my innocence.' The Minner Towing Company is located in Milford. It is a town where Governor Minner resides.

I interviewed Governor John Carney last Fall when he was greeting guests at his booth at the Apple Scrapple Festival in Bridgeville, Delaware.

"I am Kidnapped." I said. "Removed from my parents at birth and conditioned for sexual slavery by the Delaware police and government. How do you feel about Slavery?" I asked, " One of my kidnappers is retarded and after he-she committed murder at a daycare, he-she was given a teaching position at Woodbridge Elementary. He-she taught for over 10 years. How do you feel about the mentally disabled teaching and being alone with children?"

Governor Carney said that he is, "in favor."

The Jones mother of Purnel, Kenneth, and Wayne Jones worked on the Biden Senate campaign in the 1970s. She died in car accident in New Castle, Delaware. She was returning home from Belly Dancing lessons in the ice and snow.

Nanticoke Hospital, and its staff, are living out the wills of their identity theft replacements. They are carrying out and carrying on murders and acts of mayhem-attributing to their school rivalries. They attempt to murder me because I am a Woodbridge graduate and they are Seaford slime, the Identity Thieves of the unaccomplished who could never be remembered for doing even one good thing. They extend school rivalry past high school to throughout life, and competition past sport to violence.

The Defendants, and their influence, made sure that my nose, and toes have stayed broken. They have shut me up to die many times in their mental health facilities and multiple times in their prison. If called to show cause "why", they could not do so.

Without an act of criminal justice from this Court, and relief, the Defendants will surely murder me. They have made an uncountably high number of attempts.

<u>Crimes. Counts. Titles. Laws. Broken. Cited:</u>

18 U.S. Code § 2251 - Sexual exploitation of children: As officers have confessed, at least 100 public school children in each district of Delaware are raped to death by police and government authorities each school year. In my case, it has continued year, after year, after year.

18 U.S. Code § 1001 - Statements or entries generally: Schizophrenia, Motor Vehicle and Criminal Violations that arose after being constantly stalked by the defendants. Illegal searches, false arrests. Some led to false convictions. Many died. Living in constant duress.

18 U.S. Code § 1018 - Official certificates or writings: I.E. My diagnosis, Medical Records, Court Testimony, and my Involuntary Committal.

18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information: Identity thieves, all. . Fraud was also committed by the Defendants record of my name, diagnosis, and relationship to Linda C. Jones and the Defendants. Fraud was committed against Linda C. Jones in his gender, intelligence, and relationship to me.

18 U.S. Code § 1028A - Aggravated identity theft: Matthew Jones, and Linda C. Jones, and the Commissioner herself. Every member of the police force, the DHSS, and the Court system of whom I've met as a party to or against.

18 U.S. Code § 1016 - Acknowledgment of appearance or oath: In Court, and in contact made by the police, all people are still directed to tell the "whole truth, and nothing but the truth." "Anything said can and will be held against _ in a Court of law."

18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States: Identity Theft, Grand Theft Larceny, Murder, and Pedophilia are committed by the Defendant in its facilities.

Title 18, U.S.C., Section 242 Deprivation of Rights Under Color Of Law : a connection to the police and the court's system's violence allows for the defendant's commission of mutually malicious acts.

Title 18, U.S.C., Section 241 Conspiracy Against Rights : i.e the Attorney General, Police, Courts, fellow judges, doctors in Identity Theft Personas, and Hospitals poorly run. They seek to kill me, hold me low, disable me in ways that would cause me to be killed by others, etc.. and always have.

18 U.S. Code § 876 - Mailing threatening communications:Any communication from the police, court system, or politicians office since notable Americans began being murdered by them almost as often as orphans do.

18 U.S. Code § 2255 - Civil remedy for personal injuries: I have gained over 300 lbs from their poisons, am at risk for heart attack, stroke, and diabetes. My nose is still broken and will not be repaired. My back is in bad shape. I require regular colonoscopies. I am still recovering from childhood and adult police rape and brutality. Many died and or permanently disabled. All were raped.

18 U.S. Code § 880 - Receiving the proceeds of extortion: DSP and DHSS visited my home after filing my cases and instructed me to leave it and be free. I own my home.

18 U.S. Code § 1015 - Naturalization, citizenship or alien registry: Identity Thieves are not by any definition "a citizen of the United States."

18 U.S. Code § 231 - Civil disorders: All of the ill side effects of unnecessary medications, rapes, beatings, murder attempts, and mandatory appearances, work time, and lost health.

18 U.S. Code § 1201 - Kidnapping (b): Taken and moved to different places against my will and held

18 U.S. Code § 1038 - False information and hoaxes: Identity Theft, Medical Malpractice, Court, Billing. Practicing medicine without a license while on the police force or holding government office.

18 U.S.C. 51 1113 Attempt To Commit Murder Or Manslaughter: Medications, Idle Threats. Court Testimony. Rape.

18 U.S.C. 51 1117 Conspiracy To Murder: with the police, courts, other identity thieves, and others.

Title 18, U.S.C., 1035 False Statements Relating To Health Care Matters : Misdiagnosis and Court testimony. Phony police reports, and coerced victims. Plans and plants, premeditated attacks made by the Defendants to murder, and rape me.

18 U.S.C. 77 1584 Sale into involuntary servitude: I remain a slave and was while in the Custody of the Defendant who has the power to change that.

18 U.S.C. 77 1589 Forced labor: Medications are very life threatening. Mandatorily having to go to school years after I became the only living student who started school with me in K or 1st Grade.

18 U.S. Code § 1590 - Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor: in each visit, I could identify that the hospital patients were a mix of drug addicts, cops and former staff dying from pedophilia, and patients dying from poison and pedophilia. Same goes for some of my fellow students and whom I've met in life.

18 U.S. Code § 1591 - Sex trafficking of children or by force, fraud, or coercion: Happening in connection with the police at the facilities.

18 U.S. Code § 2236 - Searches without warrant: Hospital searches are warrantless and against my rights as a citizen and a patient. Court searches are unconstitutional unless staffed by educated people living in their born in identities.

18 U.S. Code § 2241 - Aggravated sexual abuse: The Defendants are very pervasive. On more than one occasion, I was raped in the court.

18 U.S. Code § 2248 - Mandatory restitution: I never voluntarily paid for my stays. I lost many months of work recovering and affording medicine to recover.

18 U.S. Code § 2242 - Sexual abuse: I was raped by staff.

18 U.S. Code § 2252 - Certain activities relating to material involving the sexual exploitation of minors: Many children are killed their through rape by the defendants and their conspirators.

Title 18, U.S.C., Section 249 Hate Crime Acts: The Defendant has moved to kill me because of my race, religion, and high school affiliation.

First Amendment to the Constitution: My misdiagnosis prevents me from using my degrees, education, and having a reputation when I speak, write, or work.

5th Amendment: I am held without cause, poisoned without reasoning. It has shortened my life and prevented me from working or having healthy relations.

Case Law & Precedent:

Clinton v. Jones, 520 U.S. 681 (1997)- No one is above the law.

Slaughter-House Cases, 83 US 36 - Supreme Court 1873- Rights violations

Monell v. New York City Dept. of Social Servs., 436 US 658 - Supreme Court 1978- A state entity is a "he" in a civil rights case and can be sued.

Kidnapping Statute of Limitations:

Due to the very serious nature of kidnapping, there is no statute of limitations associated with the crime. Charges can be filed at any time following the crime. Source: https://www.federalcharges.com/kidnapping-laws-charges/

IV. INJURIES

If you have sustained injuries as a result of the events to the alleged above, describe them here:

I have contracted several STDs many times as the result of being a sex slave for the defendants, police, law enforcement, the criminal justice system, politicians, government officials, and criminals.

Persecution, Identity Theft, False Claims forced me to leave school. I attended Del-Tech, starting in 7th Grade, UD starting in 11th Grade.

I have been unable to work because of my false criminal background, disabilities caused by wounds suffered as a victim of the perpetrators, pressure from the government on businesses not to hire me, and an invalid identity.

I have suffered head trauma, brain damage, drug overdose, internal injuries, poisonings, cancers, influenzas, wounds that required stitches, internal injuries, gastrointestinal problems, infections, spinal injuries, esophagitis, throat problems, broken bones, and wounds, damage, and infections that require surgery and immediate medical attention.

I have survived attempted murders related to identity theft, wrongful prosecution, incarceration, indenture, and the stigma of.

I have been falsely diagnosed with mental illnesses and treated for their, held without my consent: causing more health problems.

I have been denied medical care and given false medical tests, including STD Results. Surgeries have been botched, on purpose.

I have suffered heavy thefts and grand larcenies related to identity thefts.

Friends, family members, and loved ones have been robbed, ruined, maimed, raped, and killed by the will of Linda C. Jones, and his/her role with the U.S. Government.

My wife, son, must remain anonymous due to the constant violent attacks by Delaware.

My family must remain anonymous.


Exhibits

1. Matthew Jones, Medical: Spine, Lab Corps.
   https://www.facebook.com/matthew.n.jones/media_set?set=a.101530705203
   49464.1073741892.855609463&type=3

2. 2016 Medical:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.101540633347
   29464.1073741971.855609463&type=3
3. 2007-2015 Medical:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.101540633548
   09464.1073741972.855609463&type=3
4. Childhood Dental:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.101537650900
   44464.1073741958.855609463&type=3
5. Pediatric Records:
   https://www.facebook.com/matthew.n.jones/media_set?set=a.101534303700
   69464.1073741920.855609463&type=3

## V. RELIEF

The relief I want the court to order is:

(check) Money damages in the amount of : $2,000,000,000. Two Billion United States Dollars.

(check) Other (explain): I want my actual identity to be restored. Justice to be served on my assailants. My actual name and birth date to be authenticated, and my Background History to be appropriately amended.

## VI. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) is supported by existing law or by a nonfrivolous argument for extending or modifying

existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers

may be served. I understand that my failure to keep a current address on file with the Clerk's

Office may result in the dismissal of my case.

____06/09/2017_____

_____     Plaintiff's Signature

__Jones, Matthew,N.P_____

Printed Name (Last, First M.I.)

11366 Sussex Highway   ,   Greenwood ___     Delaware_____19950

Address          City       State     Zip Code

___(302)349-5251_____
_____AzraelLinusSmith@gmail.com_____

Telephone Number          Email Address